UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

                Plaintiff,

  -against-

CARE CUBE, LLC D/B/A CARECUBE,

                Defendant.

------------------------------------x

**NOTICE OF APPEARANCE**

Case No. 21-cv-05549 (MKB) (MMH)

PLEASE TAKE NOTICE that on behalf of Defendant Care Cube, LLC d/b/a CareCube in the above-captioned lawsuit, the undersigned attorney will appear as counsel of record, and all pleadings, papers, and documents required to be served in this action upon Defendant should be served upon the undersigned.

Dated: Great Neck, New York
       October 28, 2021

                                        GARFUNKEL WILD, P.C.
                                        *Attorneys for Defendant*

                                        By:  */s/ Marc A. Sittenreich*
                                               Marc A. Sittenreich
                                        111 Great Neck Road
                                        Great Neck, New York 11021
                                        (516) 393-2200